**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
DAVID KELEDJIAN, Esq., Cal. Bar No. 309135
davidk@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

Attorneys for Plaintiff and the Proposed Classes

**CURLEY, HURTGEN & JOHNSURD LLP**
KATHERINE HUIBONHOA, Esq., Cal Bar No. 207648
khuibonhoa@chjllp.com
STEPHEN YANG, Esq., Cal Bar No. 142474
syang@chjllp.com
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone: (650) 600-5300
Fax: (650) 323-1002

Attorneys for Defendants KAG MERCHANT GAS GROUP, LLC DBA CRYOGENIC TRANSPORTATION (erroneously named as CRYOGENIC TRANSPORTATION LLC) and THE KENAN ADVANTAGE GROUP, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FORREST, an individual, on behalf of himself and others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>CRYOGENIC TRANSPORTATION LLC; THE KENAN ADVANTAGE GROUP, INC.; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO.: 5:19-cv-00911-JVS-SHK<br><br>Class Action<br><br>**ORDER ON STIPULATION TO REMAND REMOVED ACTION** |

# ORDER

The Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California Case 5:19-cv-00911-JVS-SHK, entitled *Joseph Forrest v. Cryogenic Transportation, LLC, et al.*, is hereby remanded to Riverside County Superior Court
3. All pending case management dates and deadlines are vacated.

IT IS SO ORDERED.

DATED: June 20, 2019

UNITED STATES DISTRICT
COURT JUDGE JAMES V SELNA